**DON J. POOL 166468**
**POWELL & POOL, LLP**
7522 North Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818
dpool@powellandpool.com

Attorneys for BANK OF THE SIERRA, a California corporation

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * * *

| | |
|---|---|
| BANK OF THE SIERRA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe; and CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned economic arm of the Tribe,<br><br>Defendants. | Case No. 1:14-cv-01044-AWI-SAB<br><br>**ORDER GRANTING APPLICATION FOR ORDER CONTINUING SCHEDULING CONFERENCE** |

Upon the filing by BANK OF THE SIERRA of an Application for Order Continuing Scheduling Conference ("Application"), and having considered the Application and supporting declaration, and good cause appearing therefor, the Court hereby orders as follows:

///

///

///

IT IS HEREBY ORDERED that the Application is GRANTED, and the Scheduling Conference

-1-

is continued from October 7, 2014, at 9:30 a.m., in Courtroom 9, to December 16, 2014, at 3:30 p.m., in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **October 1, 2014**

_____
UNITED STATES MAGISTRATE JUDGE