1  LESTER J. MARSTON
   California State Bar No. 081030
2  RAPPORT AND MARSTON
   405 West Perkins Street
3  Ukiah, CA 95482
   Telephone: 707-462-6846
4  Facsimile: 707-462-4235
   E-mail: marston1@pacbell.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BANK OF THE SIERRA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe, and CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned economic arm of the Tribe,<br><br>Defendant. | No. 1:14-cv-01044-AWI-SAB<br><br>**REQUEST AND ORDER FOR DISMISSAL** |

The parties through their undersigned legal counsel, having reached a settlement of all the claims and issue in the case hereby stipulate as follows:

1. The Court can issue an order dismissing the above entitled matter.

2. The Court can issue an order directing the Clerk of the Court to return the interplead funds currently in the custody of the Court to plaintiff, Bank of Sierra.

3. Except as provided for in the Indemnification Agreement and General Release executed by the parties on October 2, 2014, each of the parties shall bear their own costs and attorneys' fees.

/ / /

1

Respectfully submitted by:

Dated: 10/21/2014

POWELL & POOL

*/s/ Don J. Pool*

By: _____
Don J. Pool, Attorneys for
Plaintiff, Bank of Sierra

Dated: 10/15/2014

RAPPORT AND MARSTON

*/s/ Lester J. Marston*

By: _____
Lester J. Marston, Attorneys for
Defendant Picayune Rancheria of
Chukchansi Indians

## **ORDER**

Having read the foregoing stipulation of the parties and good case appearing therefore,

IT IS SO ORDERED.

Dated: October 26, 2014      _____
SENIOR DISTRICT JUDGE

2

REQUEST FOR DISMISSAL