**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BANK OF THE SIERRA, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe, and CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned economic arm of the Tribe,<br><br>　　　　　Defendants.<br>_____/ | 1:14-cv-01044-AWI-SAB<br><br>**ORDER DELAYING DISTRIBUTION OF INTERPLED FUNDS PENDING RESOLUTION OF MOTION TO VACATE DISMISSAL** |

　　Plaintiff, Bank of the Sierra ("Plaintiff"), named the Picayune Rancheria of the Chukchansi Indians ("the Tribe") and the Economic Development Authority that it operates as defendants in an action (1) contesting the jurisdiction of the "Tribal Court of the Picayune Rancheria of Chukchansi Indians" ("Tribal Court") to enter a binding order against Plaintiff; (2) seeking to enjoin all Defendants from prosecuting an action against Plaintiff in the Tribal Court; and interpleading funds the amount of $392,407.01. Doc. 1. On October 27, 2014, this Court dismissed the action based on the representations by counsel for Plaintiff and counsel, Lester

Marston, purporting to represent "Defendant Picayune Rancheria of Chukchansi Indians" (which this Court now believes to represent the "McDonald Faction") that the parties had come to an agreement. Doc. 14.

Intervenor-Defendant Unification Council ("Unification Council"[1]) filed a motion to vacate this Court's order dismissing the case. In light of the uncertain status of Tribal leadership and the resulting potential loss of Tribal funds, this Court accelerated the briefing schedule to require Defendant McDonald Faction to file any opposition to Defendant Unification Council's motion by November 26, 2014. After this Court ordered the McDonald Faction to respond, Mr. Marston contacted the Clerk's office regarding distribution of the interpled funds. Normally, upon dismissal of an interpleader action where the time for disbursal of funds is not specified the Clerk's office in this district waits 30 days before disbursal of the funds in question. This case was ordered dismissed on October 27, 2014. The date for release of interpled funds is quickly approaching and the Court has not yet had the opportunity to rule on the Unification Counsel's motion to vacate the dismissal. For the same reason that this Court expedited the briefing schedule – the uncertain status of Tribal leadership and the potential for loss of Tribal funds – this Court respectfully directs the Clerk of the Court not to release the interpled funds to the Bank of the Sierra until this Court rules on the Unification Council's motion to vacate the dismissal. Doc. 15.

IT IS SO ORDERED.

Dated: November 24, 2014                    _____
                                            SENIOR DISTRICT JUDGE

---

[1] For purposes of identifying parties for CM/ECF service, the Clerk's Office may refer to the party represented by Lester Marston as "McDonald Faction" and the party represented by Robert Rosette and Richard Verri as "Unification Council." Neither party designation is intended to reflect the legitimacy or (lack thereof) of either entity.

2